

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM R. STARKS,**

    Plaintiff,

v.                                                           Civil Action No. **3:08CV838**

**DR. ABBASI,** *et al.,*

    Defendants.

## MEMORANDUM OPINION

On January 12, 2009, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on February 10, 2009, the Court directed Plaintiff to pay an initial partial filing fee of **$12.67** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

/s/
James R. Spencer
Chief United States District Judge

Date: 3-18-09
Richmond, Virginia